**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **ANTHONY DOVER** | Case No. 20-cv-04321 |
| **Plaintiff,** | |
| v. | **CHIEF JUDGE ALGENON L. MARBLEY** |
| **CONSUMER SAFETY TECHNOLOGY, LLC d/b/a INTOXALOCK** | Magistrate Judge Jolson |
| **Defendant.** | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the August 17, 2021 Opinion and Order, the Court **GRANTED** the Motion to Dismiss.

**Date: August 17, 2021**            **Richard W. Nagel, Clerk**

                                          s/Betty L. Clark
                                       Betty L. Clark/Deputy Clerk